No. 97–1523. MATTEI, INDIVIDUALLY AND AS EXECUTOR OF THE ESTATE OF MATTEI, DECEASED, ET AL. *v.* MATTEI. C. A. 6th Cir. Certiorari denied.

No. 97–1526. MATSUMOTO ET AL. *v.* GOTCHER ET AL. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 97–1530. BROWN *v.* SPECTACOR MANAGEMENT GROUP. C. A. 3d Cir. Certiorari denied.

No. 97–1533. MCDUFFIE, DBA D & M CONTRACTING CO. *v.* FIRST UNION NATIONAL BANK. C. A. 11th Cir. Certiorari denied.

No. 97–1534. HUNT *v.* HAWTHORNE ASSOCIATES, INC., ET AL. C. A. 11th Cir. Certiorari denied.

No. 97–1537. BERG *v.* DENTISTS INSURANCE CO. C. A. 9th Cir. Certiorari denied.

No. 97–1539. JACKSON *v.* OFFICE OF DISCIPLINARY COUNSEL. Sup. Ct. Pa. Certiorari denied.

No. 97–1540. WALKER *v.* MICHIGAN PUBLIC SERVICE COMMISSION ET AL. C. A. D. C. Cir. Certiorari denied.

No. 97–1544. M. A. *v.* COLORADO, IN THE INTEREST OF K. A., A CHILD. Ct. App. Colo. Certiorari denied.

No. 97–1546. MUNKATCHY *v.* TEXAS. Ct. App. Tex., 14th Dist. Certiorari denied.

No. 97–1547. JOHNSON *v.* ILLINOIS ET AL. C. A. 7th Cir. Certiorari denied.

No. 97–1548. BAVARO ET AL. *v.* PATAKI, INDIVIDUALLY AND AS GOVERNOR OF NEW YORK, ET AL. C. A. 2d Cir. Certiorari denied.

No. 97–1551. RUSSELL *v.* PLANO BANK & TRUST. C. A. 5th Cir. Certiorari denied.

No. 97–1555. ARKANSAS CHRISTIAN EDUCATORS ASSN. ET AL. *v.* OZARKS UNLIMITED RESOURCES COOPERATIVE ET AL. C. A. 8th Cir. Certiorari denied.